CV-10-0857-PHX-JWS

# CBS SPORTS

A Division of CBS Inc.
51 West 52 Street
New York, New York 10019-6188
(212) 975-5051

Douglas P. Jacobs
Vice President
Business Development

**EXHIBIT A.**

October 20, 1995

Re: Prove It

Dear Mr. Pimsner:

We are entertaining the possibility of using the above phrase. In this connection, I would appreciate it if you would let me know if you are still using it, so we can avoid potential conflicts, if any.

Thanks for your cooperation.

Sincerely,

Mr. Jeffery Lee Pimsner
10227 North 32nd Ln.
#258
Phoeni.., AZ 85 1

DPJ:jmy

**EXHIBIT A1.**

**From:**
Elizabeth_Gibson@toyota.com
**Subject:**
Prove It
**Date:**
04/02/2007 04:01 PM
**To:**
proveit@excite.com


Michael:

Following our phone call, my contact information is below.  We are looking into the facts.  Thanks for agreeing that Toyota can respond to your letter by April 13, 2007.

Elizabeth Barrowman Gibson
Managing Counsel
Toyota Motor Sales, U.S.A., Inc.
19001 S. Western Avenue
Torrance, CA 90501
(310) 468-0188





**EXHIBIT B.**



December 29, 1998


Mr. Michael D. Calmese
14666 N. 90th Lane
Peoria, AZ  85381

Dear Mr. Calmese:

Thank you for submitting your Prove It trademark
registration to NIKE for review.  NIKE has, however, no
interest in this mark.

Thank you and good luck with your mark.

Very truly yours,

Marie E. Smith

/mes
Enc.

EXHIBIT C1.

EXHIBIT C2.

EXHIBIT C3.



# EXHIBIT C3.

April 26, 1999

Mr. Michael D. Calmese
14666 N. 90th Lane
Peoria, AZ 85381

Dear Mr. Calmese,

Your letter to Reebok International Ltd. was forwarded to me for response in connection with Reebok's Idea Submissions Program. We very much appreciate your interest in Reebok and your taking the time and effort to contact us about your marketing idea.

As you probably know, Reebok has a large staff of employees, as well as highly skilled outside specialists, to develop ideas for the company. Most unsolicited ideas Reebok receives either don't fit into the marketing plans of Reebok, or are already known to the company. Unfortunately, Reebok cannot review design, marketing, advertising, promotion, or other similar types of non-technical ideas.

We, therefore, regret that we will not be able to consider your marketing idea. We are returning to you with this letter a copy of your correspondence, and have not retained any copies.

Thank you for your interest in Reebok and for taking the time to contact us.

Sincerely,

Carrie Hedrick
Idea Submissions Coordinator

Enclosure

# EXHIBIT F.



**Got Game? Prove It!**

PHOENIX SUNS

## 3rd Annual Budweiser
## Rock The Rim 3-on-3 Tournament
### March 25 & 26, 2000 · Patriots Square Park

January 12, 2010                                            **EXHIBIT H.**

Via Certified Mail and Facsimile

### Re:  Infringement of Prove It Sportswear's Intellectual Property

Dear Joe Hogan:

Michael Calmese represents Prove It Sportswear. ("SPORTSWEAR"), owns an incontestable federal trademark registration for the PROVE IT! (USPTO Registration No. 2202454).  I have used, licensed and actively promoted SPORTSWEAR's Intellectual Property for over (15) years throughout the United States, including California, and abroad in association with a wide variety of goods and services, such as clothing as well as sports and entertainment services.  SPORTSWEAR has received a significant amount of revenue as a result and expended considerable resources in the protection, enforcement, advertising, marketing and licensing of SPORTSWEAR'S Intellectual Property.  By virtue of this extensive and exclusive use and licensing, SPORTSWEAR'S Intellectual Property has become invested with substantial goodwill.  Accordingly, SPORTSWEAR'S Intellectual Property is entitled to some scope of protection.

In April of 2007 SPORTSWEAR entered into an Agreement with AMCI Marketing, Inc. ("AMCI") on behalf of TOYOTA.  This Agreement coupled with numerous written communications from AMCI confirms that SPORTSWEAR and AMCI were in *agreement* that the TOYOTA TUNDRA PROVE IT campaign as advertised at www.TUNDRAPROVEIT.com was to end December 31, 2009.

Your *admitted* "oversight" and confirmed use of PROVE IT past our agreed upon deadline is of great concern to SPORTSWEAR as it puts AMCI and TOYOTA in breach of our Agreement!

Due to the undeniable visual similarities between your use of the term PROVE IT and PROVE IT!®, your continued use beyond our Agreement will likely cause consumer confusion, if it hasn't already. I believe such use constitutes, at the minimum, an infringement and dilution of SPORTSWEAR's trademark rights pursuant to Sections 15 U.S.C. §1125(a) and 15 U.S.C. §1125(c) of the Lanham Trademark Act and breach of agreement.

In addition to infringing SPORTSWEAR's trademark rights and breaching our Agreement, I believe that your unauthorized commercial us of the PROVE IT Likeness on merchandise and in audiovisual content offered through the WWW.TUNDRAPROVEIT.COM website constitutes a violation of publicity rights and violation of related common law rights.

Accordingly, by this letter SPORTSWEAR hereby demands that you:

1. Immediately remove and destroy and immediately cause AMCI including TOYOTA and all of your other affiliates, agents, employees and representatives ("Affiliates") to remove and destroy all goods and items, including, without limitation, all audiovisual content, clothing and other merchandise or service, utilizing the PROVE IT! Trademark and Name;

2. Immediately cease and desist and immediately cause your Affiliates to cease and desist all uses of the PROVE IT, including, without limitation, any and all development, marketing, advertising, and promotion and/or sale of any goods or services utilizing the PROVE IT! Trademark and Name and/or online, at events, on marketing, advertising and promotional materials and through any other means;

3. Immediately file a request to cancel your www.TUNDRAPROVE.COM website;

4. Provide me within (7) days from the date of this correspondence, written notice: (a) describing all of the efforts by which you and your Affiliates have terminated all use of the PROVE IT! Trademark and Name, including, without limitation, those activities set forth in sections 1-4 above and (b) confirming your cancellation of the www.TUNDRAPROVEIT.com and that your Affiliates will not use the PROVE IT Name, SPORTSWEAR's Intellectual Property or any confusingly similar derivations thereof in the future.

While SPORTSWEAR wishes to resolve this matter without court intervention, please be advised that absent sufficient and acceptable steps by you or your Affiliates to cease and desist all use of the PROVE IT Name and SPORTSWEAR's Intellectual Property, as agreed, SPORTSWEAR will take further action to protect SPORTSWEAR's Intellectual Property.

SPORTSWEAR does not intend, nor should you construe, this letter to be a complete and exhaustive statement of all of SPORTSWEAR's rights, claims and legal theories. Nothing contained in this letter is a waiver or relinquishment of any of SPORTSWEAR's rights or remedies, all of which are expressly reserved. This is a confidential legal notice and may not be published or publicly disseminated in whole or in part. I look forward to receiving your timely response.

Sincerely,


Michael D. Calmese

TOYOTA Inc.







OUR

WHAT IS PROVE IT?

# PROVE IT!

TOYOTA TRUCKS







## WHAT IS PROVE IT?

Why come to your local Prove It! event? Because you're not coming just to look at these trucks, or even sit in them, you're coming to drive over mountains, through 20 inches of water, test the strength of the frame and the power of the brakes. We want you to tow 10,000 lbs and feel all 381 horsepower in a quarter mile run. Because it takes all that to Prove It that this is the Truck That's Changing it All.

**Find your local Prove It! event here.**

The Tundra Prove It! Giant Grill is an 18' 11' custom made grill co-sponsored by Char-Broil and serving 30 thousand brats.

| COPYRIGHT 2008 © TOYOTA

PROVE IT!

TRUCKS

EVENTS



PARTICIPATING STATES

NONPARTICIPATING STATES

| COPYRIGHT 2008 @ TOYOTA















**EXHIBIT L12.**

3. CONFIDENTIALITY.

All terms of this Agreement shall be kept confidential by both **AMCI** and **SPORTSGEAR**.



Exhibit M.



# EXHIBIT Q.

**From:**

Joe Hogan

<

jhogan@amciglobal.com

>

**Subject:**

FW: Notice of Claim 03/16/10

**Date:**

03/16/2010 02:50 PM

PROVE IT

proveit@excite.com

Dean Braunstein

dbraunstein@amciglobal.com

Doug Sprinkle

dougsprinkle@mac.com

**Attachments:**

message.2 8.4 KB ,

TOYOTA AMCI NOTICE OF CLAIM doc031610.doc 28.9 KB ,

Exhibit A amci email.doc 21.8 KB ,

Exhibit B amci email2.doc 21.8 KB ,

AMCI Prove_It_Agreement2.pdf 36.2 KB

I don't see anything in these attachments that show me that the Web Site was not shut down.

I have been told by Toyota on January 15,2010 that the Toyota Prove it Web Site is completely shut down.
Please provide evidence of the contrary and I will forward to Toyota as this is out of my control.

Joe

# EXHIBIT Q1

**From:**
Joe Hogan
<
jhogan@amciglobal.com
>
**Subject:**
FW: Notice of Claim 03/16/10
**Date:**
03/18/2010 08:41 PM
PROVE IT
proveit@excite.com
Douglas W. Sprinkle
dsprinkle@patlaw.com
Jim Dinda
jdinda@amciglobal.com
**Attachments:**
image.gif 1.1 KB ,
image.gif 1.1 KB


Mr. Calmese

Please review e-mails below and confirm that you have received this e-mail.

Joe Hogan

## EXHIBIT Q2.

**From:** Jim Dinda
**Sent:** Thursday, March 18, 2010 5:25 PM
**To:** Joe Hogan; Douglas W. Sprinkle
**Cc:** Dean Braunstein
**Subject:** Re: Notice of Claim 03/16/10

Doug,

That is Toyota's standard error page.  It comes up anytime that you go to a page that doesn't exist.

The site that used to be at that URL is clearly "down."

Of course, there is still as site at www.toyota.com and the page you are seeing is an error page for that site.

You can type in TOYOTAPROVEIT as part of a URL on any website and on some you will see a customized error page (like this one:  That does not mean there is a TOYOTAPROVEIT website there.

Jim Dinda
Director of Technology
AMCI

# EXHIBIT Q3.

**From:**
Joe Hogan
<
jhogan@amciglobal.com
>
**Subject:**
RE: FW: Notice of Claim 03/16/10
**Date:**
03/19/2010 05:51 PM

Mr Calmse,

It was shut down and it looks like it was accidentally restored. Again, AMCI as a supplier for Toyota has not used this language in 2010. In fact we have not since early 2009, we are working with Toyota to find out what happened with the web site you referred to, and to make sure it is shut down permanently.

I will let you know as soon as I'm notified from Toyota when it is permanently shut down.

Joe Hogan

# EXHIBIT Q4.

**From:** PROVE IT [mailto:proveit@excite.com]
**Sent:** Friday, March 19, 2010 10:16 AM
**To:** Joe Hogan; Elizabeth_Gibson@toyota.com; Ellen_L_Farrel@toyota.com; Dean Braunstein; dougsprinkle@mac.com
**Subject:** Re: FW: Notice of Claim 03/16/10

Dear Toyota:

RESPONSE TO DEFENDANTS' MARCH 18 LAST EMAIL CONCERNING THIS MATTER

On March 16, 2010 Mr. Joe Hogan represented that, "....the Toyota Prove It Web Site is completely shut down......as this is out of my control." and AMCI's attorney Mr. Sprinkle was stated in one of his emails as saying, "I don't care." ( copies can be forwarded at your request). Therefore, since AMCI and their attorney do not care and it was TOYOTA'S biggest launch ever, perhaps you would be willing to amicably and promptly discuss settling this matter prior to litigation.

It's quite simple, either "completely shut down" the tundraprovit.com site "completely" and/or any variation of it (www.toyota.com/html/tundraproveit/) and pay for your "admitted" breach of our agreement or answer the complaint. Your claim that it is an error page is inaccurate! It would be irresponsible for me or anyone to believe that. If I have not heard from you by 3p.m. (MST) I will without further notice to you file suit against, AMCI and TOYOTA. A copy of which has already been forwarded to all of the parties via email.

Sincerely,
Michael Calmse
proveit@excite.com
(602)954-9518

EXHIBIT   R



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MARINA DEL REY CA 90292

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $0.44 | 0072 |
| Certified Fee | | $2.80 | 07 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.24 | |

Sent To  Amc1

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006         See Reverse for Instructions

7008 1140 0001 3115 9290

DEC 1 5 2009
12/15/2009
PHENIX AZ
ARCADIA STA 85018
USPS

# EXHIBIT R1.

December 11, 2009
Via Certified Mail and Email

**Re:    AGREEMENT SET TO EXPIRE 12/31/2009**

Dear Mr. Hogan:

As you wished I am sending all communications regarding this matter to you and not
Elizabeth Gibson at Toyota.  I have reviewed our Agreement and Mr. Sprinkle's August
8, 2008 email that specifically states, "Michael, Since I have not heard from you, I assume
that you got the check and that everything is fine between you and AMCI thru 2009."

To avoid a breach of our agreement I will happily receive a payment of $7,500.00 as detailed in
my December 6, 2009 email sent to your legal representative Mr. Doug Sprinkle.   Again, this
payment will extend the term of use of the mark PROVE IT! up until the end of February 2010.

I will leave my offer on the table until the end of business Monday December 14, 2009.  If I have
not heard from you by then, I will simply assume everything is fine between you and I thru 2009.  I
trust that you will discontinue all use of my trademark in connection with the
TUNDRAPROVEIT.COM  campaign as agreed in our Agreement.

Regards,


Michael Calmese
(602)348-0964
proveit@excite.com
www.usaproveit.com

CC:

Douglas W. Sprinkle
Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C.   /   VIA EMAIL Dsprinkle@patlaw.com

# EXHIBIT S.

From:
Joe Hogan
<
jhogan@amciglobal.com
>
Subject:
RE: FINAL REVIEW
Date:
01/12/2010 08:48 PM
To:
PROVE IT
<
proveit@excite.com
>,
dsprinkle@patlaw.com
<
dsprinkle@patlaw.com
>,
saylerlaw@gmail.com
<
saylerlaw@gmail.com
>
Cc:
Joe Hogan
<
jhogan@amciglobal.com
>

Mr. Calmese

We have been notified by Toyota IT Department that the web site is scheduled to be closed down permanently on January 21, 2010. I will let you know after it is completed.

Joe Hogan

# EXHIBIT T.

# PROVE IT! CASE HISTORY

Maricopa Superior Court Case Numbers:

CV-1993-00008        Judgment  16k/ Auto

CV-1998-003297      Dismissed / Settlement Former Partner

CV-1999-013236      WON JUDGMENT  $47k Trademark Infringement

CV-1999-016543      Dismissed / Settlement Former Partner

CV-2001-000866      WON / Settlement Trademark Infringement

CV-2008-011451      Current / Got Game Trademark…identical to CV-2001-000866

United States District Court Case No:

CIV-1998-2075PHX  Dismissed / Settlement

CV-06-001959PHX   Dismissed

CV-06-0162 NYSD   WON / Settlement Trademark Infringement as
                  Defendant…identical to Adidas v. Calmese

CV-08-00091ORDC   ADIDAS v. MICHAEL D. CALMESE / PENDING

CV-10-00043 NV     MINO O' MINE  v. MICHAEL D. CALMESE / PENDING



EXHIBIT U

GOODWILL GAMES

An AOL Time Warner Company

WHERE THE WORLD'S BEST ATHLETES PROVE IT.



FREE
shipping
on orders over $99
Details inside
SEE PAGE

PEYTON
MANNING
MVP Quarterback
Indianapolis Colts

The Athletic SportSource

RBK
OFFICIAL OUTFITTER OF THE NFL
SEE NFL Equipment
Performance Apparel by RBK
ON PAGE 17

PROVE IT

eastbay.com
1.800.826.2205



Exhibit W1



Exhibit W2



Exhibit W3



Exhibit W4











Exhibit Z.

**EXHIBIT Z9**

**From:**
PROVE IT
<
proveit@excite.com
>
**Subject:**
Re: AMCI / TOYOTA
**Date:**
04/16/2010 12:01 PM
**To:**
dsprinkle@patlaw.com
**Attachments:**
Original_message 2.7

Doug:

Thank you for making clear what has to happen here! I will happily file my complaint today. Furthermore, your agreement is more for a "LICENSE AGREEMENT" not a "SETTLEMENT" a copy of which will be included in the original complaint since it was not protected under 408 Settlement Communications.

I'll look forward to your reply to my lawsuit, if you even bother reading it, I trust you will.

I will be preparing for the Coyotee game against my DETROIT RED WINGS.......The City of Glendale has adopted my trademark and they have paid me more than enouph to happily turn down your insulting License/Settlement Agreement.

Check it out for yourself, if you care to, at www.glendalesgotgame.com and the official t-shirt is being sold at numerous retail stores in Glendale and off of the www.USAPROVEIT.com site......

PS- If you would like to contact me today I will be limited because I'm on my BlackBerry. If not, I am excited to get this process started.

Good day,
Michael Calmese

**EXHIBIT Z11**

**From:**
Douglas W. Sprinkle
<
dsprinkle@patlaw.com
>
**Subject:**
Re: AMCI / TOYOTA
**Date:**
04/09/2010 09:53 AM
**To:**
PROVE IT
<
proveit@excite.com
>

Original_message 2.7 KB

Michael,
Apparently you misunderstood my prior email.
Our negotiations are over. Either take the deal or don't take it. I really
don't care one way or the other.
Doug Sprinkle
----- Original Message -----
From: "PROVE IT" <proveit@excite.com>;
To: <dsprinkle@patlaw.com>, <jhogan@amciglobal.com>;,
<mssakl@clearchannel.com>:
Sent: Friday, April 09, 2010 2:50 AM
Subject: Re: AMCI / TOYOTA


Mr. Sprinkle:

You speak so highly of your client Toyota as if they are some kind of SAINT
when it appears they may have run their BRAND right into the ground!

NEVERTHELESS, like Mr. Irv Miller, former Toyota VICE PRESIDENT of Public
Affairs) so eloquently stated, "…The time to hide on this one is over. We
need to come clean.'"

I am starting to believe Toyota does not care like you've stated in writing
numerous times. Ironically, TOYOTA did not care either when it came to the
safety of their customers! Its been reported that people have died as a
result of such poor management and brand quality. NOW, it appears the same
poor quality of service has founds its way into our negotiation concerning
our AGREEMENT and your subsequent use of my registered trademark PROVE IT!,
Registration No. 2,202,454, for the TOYOTA PROVE IT TOUR.

FYI. Documents and statements from Toyota's former VP of Public Affairs IRV
MILLER and Toyota's former top attorney Dimitrios Biller will be added to my
lawsuit. As these claims by these two former Toyota employees relate to
Toyota's credibility, which has been called into question over Toyota's
handling of sudden, unwanted accelerations

Like Toyota's former VP said, "The time to hide on this one is over." TOYOTA
tried to hide the PROVE IT TOUR marketing material just like they tired to
hide their unwanted acceleration problem!

I would advise you to tell your client to come clean "on this one",
accordingly.

IF not, so be it!

Regards,
Michael Calmese
(602)295-7908


CC: TMZ